**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PATRICIA DEROSA a/k/a PATRISIA DURAN,

        Plaintiff,

v.

        Case No.: 1:21cv-22637

ENHANCED RECOVERY COMPANY, LLC,

        Defendant.

_____/

## NOTICE OF REMOVAL

Defendant, Enhanced Recovery Company, LLC ("ERC"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1441, 1446, hereby files its Notice of Removal of this action from the County Court of Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, on the following grounds:

1. On June 11, 2021, Plaintiff, Patricia DeRosa a/k/a Patrisia Duran ("Plaintiff"), commenced a civil action in the County Court of Miami-Dade County, Florida, styled as *Patricia DeRosa a/k/a Patrisia Duran v. Enhanced Recovery Company, LLC,* Case No. 2021-018000-CC-05.

2. On July 2, 2021, a copy of the Complaint was served on ERC. This Notice of Removal is being filed within thirty days of ERC's receipt through service of Plaintiff's Complaint and, therefore, under 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely and proper.

3. Additionally, pursuant to 28 U.S.C. § 1446(a), true and legible copies of all process, pleadings, orders, and other papers or exhibits of every kind on file in the state and known to have been served by, or upon ERC, are attached hereto as Composite Exhibit "A." Defendant is not aware of any further proceeding in the above-described civil action.

4.　　　This Court possesses original jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as this civil action involves a federal question.

5.　　　Plaintiff alleges that ERC violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (the "FDCPA") and the Florida Consumer Collection Practices Act (the "FCCPA"). The FDCPA is a law of the United States and, therefore, pursuant to 28 U.S.C. § 1441(a), these claims are removable to this Court.

6.　　　Additionally, Plaintiff's state law claims under the FCCPA arise from the same set of common allegations as her FDCPA claims. Accordingly, this Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

7.　　　ERC will promptly file the Notice of Filing Notice of Removal attached hereto as Exhibit "B,"[1] with a copy of this Notice of Removal, in the Office of the Clerk of the County Court of Miami-Dade County. ERC will also promptly provide a written copy of the Notice of Removal to Plaintiff.

8.　　　ERC has complied with all conditions precedent to the removal of this action.

WHEREFORE, Defendant, Enhanced Recovery Company, LLC, respectfully gives notice that the above-described civil action now pending in the County Court of Miami-Dade County, Florida, is removed therefrom to this Court.

**SMITH, GAMBRELL & RUSSELL, LLP**

*/s/ Scott S. Gallagher*
Scott S. Gallagher
Florida Bar No. 0371970
sgallagher@sgrlaw.com
Richard D. Rivera
Florida Bar No. 108251
rrivera@sgrlaw.com
Nicole L. Kalkines

---

[1] The exhibit to the Notice of Filing Notice of Removal, consisting of this Notice of Removal, has been omitted from Exhibit B.

        Florida Bar No. 1003293
        nkalkines@sgrlaw.com
        50 North Laura Street, Suite 2600
        Jacksonville, Florida 32202
        Tel:  (904) 598-6111
        Fax:  (904) 598-6211

        *Attorneys for Defendant, Enhanced Recovery Company, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and caused to be served a true and correct copy of the foregoing via electronic and First Class Mail as follows:

Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Ft. Lauderdale, FL 33301
Tel.: (954) 907-1136
Fax: (855) 529-9540
Email: jibrael@jibraellaw.com
Email: tom@jibraellaw.com

*Attorneys for Plaintiff*

                                                     */s/ Scott S. Gallagher*
                                                           Attorney